IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VYTO SIMULIS,

Plaintiff,

v.

LAND CARRIERS, INC.
and GUILLERMO GONZALEZ ,

Defendants.                                  Case No. 15-cv-513-DRH

### ORDER

This cause comes before the Court pursuant to a Stipulation for Dismissal with prejudice (Doc. 12). The Court **ACKNOWLEDGES** the stipulation and **DISMISSES**, this case is **WITH PREJUDICE** and **WITHOUT COSTS**. The Clerk of the Court is **DIRECTED** to enter judgment in this case accordingly.

IT IS SO ORDERED.

Signed this 15th day of July, 2015.

Digitally signed by David R. Herndon
Date: 2015.07.15 15:37:19 -05'00'

**United States District Judge**