UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

VYTO SIMULIS,

    Plaintiffs,

v.

LAND CARRIERS, INC., et al,

    Defendant.                                       No. 15-cv-513-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 13), entered on July 15, 2015, this case is **DISMISSED** with prejudice.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:    /s/*Caitlin Fischer*
Deputy Clerk

Dated:  July 15, 2015

Digitally signed by David R. Herndon
Date: 2015.07.15 16:06:19 -05'00'

APPROVED:
U.S. DISTRICT JUDGE
U. S. DISTRICT COURT